ANTHONY L. MARTIN
Nevada Bar No. 08177
anthony.martin@ogletreedeakins.com
JAMIE L. ZIMMERMAN
Nevada Bar No. 11749
jamie.zimmerman@ogletreedeakins.com
CHRISTOPHER M. PASTORE
Nevada Bar No. 11436
christopher.pastore@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCESCO FUSCO a/k/a FRANK FUSCO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TROPICANA LAS VEGAS, INC., a Nevada corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01723-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IS HEREBY STIPULATED by and between Plaintiff Francesco Fusco a/k/a Frank Fusco and Defendant Tropicana Las Vegas, Inc. ("Defendant") by and through their respective counsel, that the above-entitled action and all claims Plaintiff had or may have had against Defendant as

//

//

related to the above-captioned action shall be and hereby are dismissed with prejudice in their entirety, each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated this 12th day of May, 2015.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Roger P. Croteau | /s/ Anthony L. Martin |
| Roger P. Croteau, Esq.<br>Timothy E. Rhoda, Esq.<br>9120 West Post Road<br>Suite 100<br>Las Vegas, Nevada 89148 | Anthony L. Martin<br>Jamie L. Zimmerman<br>Christopher M. Pastore<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV  89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Tropicana Las Vegas, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

May 12, 2015
_____
DATE

2